No. 264. GEORGE E. BREECE LUMBER CO. ET AL. *v.* ASPLUND, STATE COMPTROLLER. Submitted March 12, 1931. Decided March 16, 1931. *Per Curiam:* The judgment herein is affirmed. *Bowman* v. *Continental Oil Co.*, 256 U. S. 642, 648, 649. *Mr. Clarence M. Botts* was on the brief for appellants. *Messrs. E. K. Neumann*, Attorney General of New Mexico, *Frank H. Patton*, Assistant Attorney General, *E. R. Wright*, and *Donovan N. Hoover* were on the brief for appellee.